_____

No. 96-2568SD
_____

United States of America,          *
                                   *
              Appellee,            *     Appeal from the United States
                                   *     District Court for the District
     v.                            *     of South Dakota.
                                   *
Transamerica Insurance Company,    *          [UNPUBLISHED]
                                   *
              Appellant.           *
_____

                    Submitted:  February 14, 1997

                      Filed:  February 21, 1997
                    _____

Before McMILLIAN, JOHN R. GIBSON, and FAGG, Circuit Judges.
                    _____


PER CURIAM.


     Transamerica  Insurance  Company  appeals  an  adverse  judgment  on
warehouseman's bonds issued on behalf of a federally licensed elevator to
ensure  the  elevator's  performance  for  grain  stored  in  its  warehouses.
Having  carefully  reviewed  the  record  and  the  parties'  submissions,  we
conclude  that  an  extensive  discussion  is  not  warranted.    The  district  court
has  written  a  thorough  opinion,  and  we  have  nothing  to  add  to  the  district
court's  analysis.    We  conclude  the  judgment  of  the  district  court  was
correct,  and  we  affirm  on  the  basis  of  the  district  court's  opinion.    See
8th Cir. R. 47B.


     A true copy.


        Attest:


           CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.